The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



_John P. Gustafson_
United States Bankruptcy Judge

**Dated: December 3 2019**

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **In Re** | ) | Case No. 19-42174 |
| | ) | |
| California Palms, LLC, | ) | |
| | ) | **Chapter 11** |
| **Debtor.** | ) | |
| | ) | |
| | ) | **JUDGE JOHN P. GUSTAFSON** |

## HEARING ORDER

This case is before the court on Receiver John K. Lane's Request for Instructions [Doc. #10]. This matter will be set for hearing on December 16, 2019 at 10:15 a.m. at the Youngstown courthouse.

**IT IS THEREFORE ORDERED** that Receiver John K. Lane's Request for Instructions [Doc. #10] be, and hereby is, set for hearing on **December 16, 2019 at 10:15 a.m.** at the United States Courthouse, 10 East Commerce Street, Third Floor, Youngstown, Ohio.