# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re: | Case No. 19-42174 - jpg |
| CALIFORNIA PALMS, LLC, | Judge John P. Gustafson |
| | Chapter 11 |
| Debtor. | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Northern District of Ohio, the undersigned moves for the entry of an order admitting applicant Sven T. Nylen ("Applicant") *pro hac vice* to the bar of this Court for the purpose of representing Pender Capital Asset Based Lending Fund I, LP in this matter. In support of this motion, the undersigned respectfully states:

1. Applicant is a Partner at BENESCH FRIEDLANDER COPLAN & ARONOFF LLP ("Benesch"), with offices at 71 South Wacker Drive, Suite 1600, Chicago Illinois, 60606.

2. Applicant is a member in good standing of the State Bar of Illinois. Applicant is also admitted to practice before, and is presently a member in good standing of, the following U.S. District Courts:

| Court | Date Admitted |
|---|---|
| Northern District of Illinois | December, 2002 |
| Central District of Illinois | October, 2008 |
| Southern District of Illinois | October, 2008 |
| Northern District of Indiana | September, 2008 |
| Eastern District of Texas | March, 2014 |

3. Applicant has never been suspended, disbarred, or otherwise disciplined in any jurisdiction.

4. Applicant submits to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the course of this action.

WHEREFORE, Applicant attests under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that Applicant be admitted *pro hac vice* to the bar of this Court and be allowed to appear in this matter.

Respectfully submitted,

        BENESCH FRIEDLANDER COPLAN & ARONOFF LLP

By: */s/ Sven T. Nylen*
Sven T. Nylen (IL ARDC No. 6278148)
71 South Wacker Drive, Suite 1600
Chicago Illinois, 60606
Telephone: (312) 624-6388
Facsimile: (312) 767-9192
Email: snylen@beneschlaw.com

Dated: December 10, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2019, a true and correct copy of the foregoing *Motion for Admission Pro Hac Vice* was served upon the following in the manner indicated:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

- United States Trustee (Registered address)@usdoj.gov
- Richard G. Zellers, zellersesq@gmail.com, Attorney for Debtor
- John A. Polinko, jpolinko@wickenslaw.com, Attorney for Receiver
- Christopher W. Peer, cpeer@wickenslaw.com, Attorney for Receiver
- Elliot M. Smith, esmith@beneschlaw.com, Attorney for Pender
- Josh Vaughan, JVaughan@amer-collect.com, Attorney for State of Ohio, Bureau of Workers Compensation, Department of Job and Family Services, and Department of Taxation

By: */s/ Sven T. Nylen*
Sven T. Nylen (IL ARDC No. 6278148)
71 South Wacker Drive, Suite 1600
Chicago Illinois, 60606
Telephone: (312) 624-6388
Facsimile: (312) 767-9192
Email: snylen@beneschlaw.com